THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. BRUNO, Appellant.

Submitted August 17, 2009; decided August 27, 2009

Reported below, 63 AD3d 1297.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Reported below, 51 AD3d 455.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEOFILO DIAZ, Appellant.

Submitted August 24, 2009; decided August 27, 2009

Reported below, 62 AD3d 157.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.